CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA | ) |
| | ) Civil Action No. 7:11-cv-00483 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Hon. James C. Turk |
| HAROLD CLARKE, et al., | ) |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED and ADJUDGED that (1) Defendants' Motion for Summary Judgment on the ground of Qualified Immunity is GRANTED as to Plaintiff's claims for monetary damages under 42 U.S.C. § 1983 (Dkt. No. 20), and the Clerk is directed to terminate all Defendants except Sarah Pruitt as parties to the action; (2) Defendants' Motion for Protective Order (Dkt. No. 31) is GRANTED; (3) Plaintiff's § 1983 claims for injunctive and declaratory relief against the moving Defendants are DISMISSED under 28 U.S.C. § 1915(e)(2)(b) for failure to state a claim; (4) Plaintiff's Motion to Compel (Dkt. No. 39) is DENIED; and (5) to the extent that Plaintiff raises state law claims, such claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c). Plaintiff's claims against Sarah Pruitt remain pending before the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the *pro se* Plaintiff and counsel for Defendants.

ENTER: This 11th day of September, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge