CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2013

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **OPHELIA AZRIEL DE'LONTA** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:11-cv-00483** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HAROLD CLARKE, et al.,** | ) | **By: Hon. James C. Turk** |
| | ) | |
| **Defendants.** | ) | **Senior United States District Judge** |

This matter is presently before the Court on Defendant Sarah Pruitt's Motion for Summary Judgment. ECF No. 57. In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, and the Clerk is **DIRECTED** to set the matter for trial as to Plaintiff's remaining claim that Defendant Pruitt sexually assaulted her in violation of her Eighth Amendment rights. It is further **ORDERED** that if Pruitt has not already done so, she is **DIRECTED** to respond in appropriate fashion to Plaintiff's pending requests for discovery (ECF Nos. 68, 71, and 72) within 21 days from entry of this order.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the *pro se* Plaintiff and counsel for Defendant.

**ENTER**: This 14th day of January, 2013.

[signature]
Hon. James C. Turk
Senior United States District Judge