**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

**Roanoke Division**

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:11cv00483 |
| | ) |
| HAROLD CLARKE, et al., | ) |
| Defendants. | ) |

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

COMES NOW Defendant, Sarah Pankey Pruitt, by counsel, and provides the following answers to plaintiff's first interrogatories for the above-styled matter.

1) How long have you known Ophelia De'Lonta?  Answer: I met Ophelia De'Lonta at Nottoway Correctional Center. I worked at Nottoway on or about June 1997 to November 2004.  I do not remember the exact date that I first met Ophelia De'lonta

2) Have you worked at any other facility besides Buckingham Correctional Center while Ophelia De'Lonta was housed there?  Answer: Yes. Nottoway Correctional Center

3)  Where (sic) you ever assigned to housing unit B-1 & 2 at Buckingham Correctional Center?  Answer: Yes

4) Did you ever go to Ophelia De'lonta's cell?  Answer: Yes

5) How many times did you send Ophelia De'lonta money?  Answer: Never

6) Describe your relationship with Ralph Mayo, of Meherrin, Virginia? Answer: Not relevant.  Ralph Mayo is an acquaintance that I have known for a number of years.  My relationship with Ralph Mayo has no relationship to this matter.

1

7)   Why were you terminated after the investigation by Special Agent T. Watson?

Answer: My separation from the Virginia Department of Corrections was

unrelated to the investigation by Agent T. Watson regarding the allegations

brought by Ophelia De'lonta against me.

8)   How many times did you grope and fondled (sic) Ophelia  De'lonta? Answer:

Never

Respectfully submitted,

SARAH PANKEY PRUITT

By:  s/  A. Pierre Jackson

A.  Pierre Jackson, VSB #35999
POB 849
Hampden Sydney, VA  23943
(434) 392-6518
Fax# (434) 392-6518
apierre100@yahoo.com

**CERTIFICATION**

I hereby certify that I electronically filed the foregoing Defendant's Answers  to Plaintiff's First Interrogatories with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participant: J. Michael Parsons, Esq., Office of the Attorney, Public Safety & Enforcement Division, 900 East Main Street, Richmond, Virginia 23219 on this 4th day of February, 2013 and I hereby certify that a true and accurate copy of the foregoing was mailed or hand delivered to the non-CM/ECF participant: pro se  Plaintiff, Ophelia Azriel De'lonta, #1014174, Buckingham Correctional Center POB 430, Dillwyn, VA 23936 on the 5th day of  February, 2013.

By:  s/  A. Pierre Jackson

A. Pierre Jackson, VSB #35999
POB 849
Hampden Sydney, VA  23943
(434) 392-6518
Fax# (434) 392-6518
apierre100@yahoo.com