IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Roanoke Division**

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:11cv00483 |
| | ) |
| HAROLD CLARKE, et al., | ) |
|     Defendants. | ) |

DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR DOCUMENTS

COMES NOW Defendant, Sarah Pankey Pruitt, by counsel, and provides the following responses to plaintiff's request for documents for the above-styled matter.

1) Complete investigation report conducted by special agent T. Watson in April 2011 of sexual assault allegation.  Response: See enclosed

2) Produce any and all work history record while employed by the Virginia Department of Corrections.  Response: Not relevant.  Request lacks specificity.

3) Produce all money order receipts sent to Ophelia De'lonta while she was housed at Buckingham Correctional Center. Response:  No such receipts exist and unaware of any receipts of which you make reference .

        Respectfully submitted,

        SARAH PANKEY PRUITT

        By: s/ A. Pierre Jackson
        A. Pierre Jackson, VSB #35999
        POB 849
        Hampden Sydney, VA  23943
        (434) 392-6518
        Fax# (434) 392-6518
        apierre100@yahoo.com

## CERTIFICATION

I hereby certify that I electronically filed the foregoing Defendant's Responses to Plaintiff's Request For Documents with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participant: J. Michael Parsons, Esq., Office of the Attorney, Public Safety & Enforcement Division, 900 East Main Street, Richmond, Virginia 23219 on this 5th day of February, 2013 and I hereby certify that a true and accurate copy of the foregoing was mailed or hand delivered to the non-CM/ECF participant: pro se  Plaintiff, Ophelia Azriel De'lonta, #1014174, Buckingham Correctional Center POB 430, Dillwyn, VA 23936 on the 5th day of  February, 2013.

By: s/  A. Pierre Jackson

A. Pierre Jackson, VSB #35999
POB 849
Hampden Sydney, VA  23943
(434) 392-6518
Fax# (434) 392-6518
apierre100@yahoo.com