Pierre A. Jackson P.C.
Law Office
113 N. Virginia St.
Farmville, Va 23914

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Febuary 5th 2013

Re: Settlement

Dear Mr. Jackson,
I'm inquiring as to meeting with you to reslove this matter before trial, with a mutual settlement agreement.

This would be most apporiate to not waste the Honorable Judge Turk time or the court's, futhermore you have yet to follow the court Order in responding in appropriate fashion to my pending request for discovery.

I do hopes to hear from you within the next 10 days.

Respectfully,

Ophelia De'lonta

CC: Clerk of Courts

Ophelia De'lonta #1014174
P.O. Box 430
Dillwyn, Va 23936

RECEIVED
FEB 07 2013
USDC Clerk's Office
Mail Room

UNITED STATES DISTRICT COURT
Clerk Of Courts
P.O. Box 1234
Roanoke, Virginia 24006

FEB 04 2013



02 1M
0008001965
MAILED FROM ZIPCODE 23936
$ 00.46⁰
FEB 05 2013
PITNEY BOWES
UNITED STATES POSTAGE

2400631234 B001

