CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 8 2013

JULIA C. DUDLEY, CLERK
BY: /s/ 
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **OPHELIA AZRIEL DE'LONTA,** ) | Case No. 7:11CV00483 |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| **SARAH PRUITT,** ) | By: Hon. James C. Turk |
| Defendant. ) | Senior United States District Judge |
| ) | |

This civil rights action came before the court on July 16 and 17, 2013, for a trial by jury. Plaintiff, proceeding *pro se*, adduced evidence and rested. Defendant, by counsel, adduced evidence and rested. The issues having been tried, the jury returned a verdict as attached hereto.

Finding good cause, it is

**ADJUDGED AND ORDERED**

that the jury verdict be and hereby is filed, and pursuant to the jury's finding for the defendant, judgment is entered for the defendant. All motions made during trial are shown in the transcript, together with the action thereon, and all earlier pending motions are dismissed as moot. There being no further action to be taken, this case is dismissed from the active docket of the court.

The plaintiff is advised that she may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days from entry of the judgment, or within such extended period as the court may grant pursuant to Rule 4(a)(5). The Clerk is directed to mail a copy of this order to the plaintiff and to counsel of record for the defendant.

**ENTER:** This 18th day of July, 2013.

/s/ James C. Turk
Senior United States District Judge