# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 14 2013

JULIA C. ___, CLERK
BY: _____
DEPUTY CLERK

Ophelia De'lonta
    Plaintiff,

v

Harold Clarke, et al;

Come Now Plaintiff, Ophelia De'lonta hereby Appeal decesion entered on July 18th 2013 by Judge Turk.

Respectfully Submitted

Ophelia De'lonta

August 13th 2013

TI

Ophelia De'lonta #1014174
Buckingham corr. Ctr.
P.O Box 430
Dillwyn, Va 23936

United States District Court
Office Of Clerk
P.O. Box 1234
Roanoke Virginia 24006

24006123434

THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.

RECEIVED
AUG 14 2013
USDC Clerk's Office
Mail Room